JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. ***EDCV 08-786-VAP*** |
|---|---|
| | ) RE: EDCR 05-93-VAP |
| Plaintiff/Respondent, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| RAMON MONTEZ RODRIGUEZ, | ) |
| | ) |
| Defendant/Petitioner. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 14, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge